IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAUNDRA STROZIER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:17-CV-02445-MLB |
| ) | |
| v. ) | |
| ) | |
| PRESTIGE HEALTHCARE ) | |
| ATLANTA, LLC, and ) | |
| CHARIS TRENCH-SIMMONS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Shaundra Strozier and Defendants Prestige Healthcare Atlanta, LLC and Charis Trench-Simmons (collectively, "Parties"), by and through the undersigned Counsel of Record, and pursuant to F.R.C.P. 41(a)(1)(A), hereby stipulate to the dismissal of the above-captioned case and all asserted claims, with prejudice.

On June 29, 2017, Plaintiff initiated this action for unpaid overtime wages and retaliation pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA") and a state law claim for breach of contract. The Parties thereafter conducted a scheduling conference and a scheduling order was issued on August 30, 2017 requiring that all discovery be completed by December 18, 2017.

(Doc. No. 7). After the discovery deadline passed, the Parties agreed to resolve their dispute. On May 1, 2018, the Parties finalized the terms of their resolution in a written agreement, which has not been filed with the Court. There is no need for judicial review of that agreement because the resolution will compensate Plaintiff in full without compromise. See Bonetti v. Embarq Mgmt. Co., 715 F.Supp. 2d 1222, 1226 & n.6 (M.D. Fla. 2009); see also Mackenzie v. Kindred Hospitals East, L.L.C., 276 F.Supp. 2d 1211, 1217 (M.D. Fla. 2003) (when the employer offers the plaintiff full compensation to which she was arguably entitled on her FLSA claims, no compromise is involved and judicial review is not required).

Therefore, for the foregoing reasons, the Parties respectfully request, pursuant to F.R.C.P. 41(a)(1)(A), that the above-captioned case and all claims be dismissed, with prejudice, and this matter be closed.

Respectfully submitted, this 1st day of June, 2018.

>By:     /s/ Hee Won Choi
>         Hee Won Choi
>         Georgia Bar No. 364457
>         lchoi@moldenlaw.com
>         Regina S. Molden
>         Georgia Bar No. 515454
>         rmolden@moldenlaw.com
>         Tremain C. Mattress
>         Georgia Bar No. 940529
>         tmattress@modlenlaw.com
>         MOLDEN & ASSOCIATES
>         Peachtree Center – Harris Tower
>         233 Peachtree St, NE, Suite 1245
>         Atlanta, Georgia 30303

        Telephone: (404) 324-4500
        Facsimile: (404) 324-4501
        **ATTORNEYS FOR PLAINTIFF**

By: <u>/s/ Derric Crowther</u>
    Derric Crowther
    Georgia Bar No. 198838
    dcrowther@cwlawfirm.net
    CROWTHER LAW FIRM, P.C.
    1230 Peachtree Street, NE, Suite 3750
    Atlanta, Georgia 30309
    Telephone: (404) 946-1900
    Facsimile: (404) 923-7475
    **ATTORNEY FOR DEFENDANTS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **SHAUNDRA STROZIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **1:17-CV-02445-MLB** |
| | ) | |
| v. | ) | |
| | ) | |
| **PRESTIGE HEALTHCARE** | ) | |
| **ATLANTA, LLC, and** | ) | |
| **CHARIS TRENCH-SIMMONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 in the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                                          /s/ Hee Won Choi
                                          Hee Won Choi
                                          Georgia Bar No. 364457

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHAUNDRA STROZIER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:17-CV-02445-MLB |
| v. ) | |
| ) | |
| PRESTIGE HEALTHCARE ) | |
| ATLANTA, LLC, and ) | |
| CHARIS TRENCH-SIMMONS, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** has been filed with the Clerk using the CM/ECF system which will send notification of the same to the following attorney of record:

Derric Crowther
CROWTHER LAW FIRM, P.C.
1230 Peachtree Street, NE, Suite 3750
Atlanta, Georgia 30309
Telephone: (404) 946-1900
Facsimile: (404) 923-7475
dcrowther@cwlawfirm.net

Respectfully submitted, this 1st day of June, 2018.

/s/ Hee Won Choi
Hee Won Choi
Georgia Bar No. 364457
MOLDEN & ASSOCIATES

5